JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIDE INTERNATIONAL USA, INC., | Case No. 8:24-cv-02817-JWH-ADSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MEGHMANI ORGANICS LTD., MEGHMANI INDUSTRIES LTD., and MEGHMANI DYES & INTERMEDIATES LLP, | |
| Defendants. | |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 45]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The operative pleading is the First Amended Complaint [ECF No. 39] of Plaintiff Tide International USA, Inc. Plaintiff's Complaint is **DISMISSED without prejudice** for *forum non conveniens*.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 31, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE